UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY B. IVERSON, an individual,<br><br>Plaintiff,<br>vs.<br>EARNHARDT CADILLAC, INC. an Arizona corporation dba Earnhardt Cadillac; AMERICREDIT FINANCIAL SERVICES, INC. doing business as GM Financial of Arizona, a Delaware corporation; 5. GENERAL MOTORS, LLC a Delaware corporation; and DOES 1-100<br>Defendants | Case No.: 5:17-cv-02473-JLS-KK<br><br>**ORDER**<br><br>Assigned for all Purposes To;<br>District Judge Josephine L. Staton and<br>Magistrate Judge Kenly Kiya Kato |

Upon Joint Stipulation (ECF No. 55) and good cause shown,

IT IS HEREBY ORDERED that the above case is dismissed; each party to bear their own fees and costs.

Dated: August 2, 2019

                                         _JOSEPHINE L. STATON_
                                         Hon. Josephine L. Staton
                                         United States District Court